**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00455-CV

### KIMBERLEY PETTIGREW, Appellant

### V.

### MEGAN REEVES & BRIANA TROY, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-03642-2011**

## ORDER

The Court has before it the September 26, 2013 request for an extension of time from Claudia Webb, official court reporter for the Collin County Court at Law No. 4. We **GRANT** the request and **ORDER** Ms. Webb to file the reporter's record within five days of the date of this order.

/s/    ELIZABETH LANG-MIERS
       JUSTICE